☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

JONTHAN CURSHEN,

            Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

09 CRIM 033

JUDGE SAND

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            December 16, 2008

                                LEV L. DASSIN
                                Acting United States Attorney

                    By:  _____
                                ALEXANDER J. WILLSCHER
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                    By:  _____
                                ANTHONY LOMBARDINO, Esq.
                                Attorney for JONATHAN CURSHEN

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 12/17/08

12/17/08   WHEEL A