UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :    <u>INFORMATION</u>
                                  :
           - v. -                 :    09 Cr. 33 (LBS)
                                  :
JONATHAN CURSHEN,                 :
                                  :
           Defendant.             :
                                  :
- - - - - - - - - - - - - - - - - X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-09

SAND, D.J.

   WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on June 24, 2009;

   WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

   IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
         7/27/, 2009

                              _____
                              LEONARD B. SAND
                              UNITED STATES DISTRICT JUDGE