Joseph A. Grob (JAG 7975)
Goldberg & Rimberg, PLLC
115 Broadway
New York, New York 10006
(212) 697-3250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN CURSHEN,

               Defendant.

NOTICE OF MOTION

09-CR-00033 (LBS)

      PLEASE TAKE NOTICE, that upon the annexed declarations of Jonathan Curshen and Joseph A. Grob, Esq., the exhibits annexed hereto, and the accompanying memorandum of law and all of the prior proceedings having already been held herein, the defendant, Jonathan Curshen, shall move this Court located at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, on a day to be determined by the Court, for an order vacating his previously entered plea of guilty and setting this matter down for trial

Dated: New York, New York
       February 14, 2011

                              Yours, etc.,

                              GOLDBERG & RIMBERG PLLC

                   By: _____
                      Joseph A. Grob
                      Attorneys for
                        Jonathan Curshen
                      115 Broadway
                      New York, New York 10006
                      (212) 697-3250

TO:    AUSA Avi Weitzman
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007