# MEMORANDUM

TO: **HONORABLE LEONARD B. SAND**
United States District Judge

FROM: Joshua A. Rothman
U.S. Pretrial Services Officer

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-11

RE: Curshen, Jonathan
DOCKET#: 09 CR 33

The attached memorandum prepared by Pretrial Services Officer:

| **Joshua A. Rothman** | 212-805-4139 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ] My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____ .
                            Date            Time

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] _____ at his/her earliest convenience.
        Judicial Officer

[ ] So ordered: _[signed] Leonard B. Sand_ Date 3/3/2011